UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA L. MORGAN, | ) |
| Plaintiff, | ) No.  CV-10-179-JPH |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION FOR REMAND |
| MICHAEL J. ASTRUE, | ) (ECF No. 19) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 19**). Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney Willy M. Le represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 7).

After considering the stipulated motion (ECF No. 19), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

1. The ALJ will further evaluate all medical opinions;

2. The ALJ will re-evaluate plaintiff's residual functional capacity, and

3. The ALJ will obtain evidence from a vocational expert to ascertain if plaintiff can perform her past relevant work, and if

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  she cannot, perform a step five analysis.

2  Because this remand is pursuant to sentence four with a
3  remand to the Commissioner for further proceedings (*see Melkonyan*
4  *v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to
5  reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412
6  (a), (d), upon proper request to this Court.

7  **IT IS FURTHER ORDERED**:

8  1. The parties' stipulated motion for an order of remand
9  pursuant to sentence four (ECF No. 19) is **GRANTED.**

10  2. Judgment shall be entered for **PLAINTIFF.**

11  3. An application for attorney fees and costs may be filed by
12  separate motion.

13  4. The District Court Executive is directed to enter this
14  Order, enter judgment for plaintiff, forward copies to counsel,
15  and **CLOSE** the file.

16  **IT IS SO ORDERED**.

17  **DATED** this 9th day of June, 2011.

19          *s/James P. Hutton*
        JAMES P. HUTTON
20      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2