1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 DEBRA L. MORGAN,                           )
                                            )
6                  Plaintiff,                )
                                            )         NO.  CV-10-179-JPH
7       vs.                                  )
                                            )         **JUDGMENT IN A**
8 MICHAEL J. ASTRUE,                         )         **CIVIL CASE**
  Commissioner of Social Security,          )
9                                            )
                 Defendant.                  )
10                                           )
                                            )
11 _____)

12      **STIPULATION BY THE PARTIES:**

13      The parties have stipulated to the remand of the captioned matter pursuant

14 to sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16      The matter is **REMANDED** for additional proceedings pursuant to sentence

17 four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18 **CLOSED.**

19      DATED this 9th day of June, 2011.

20                                    JAMES R. LARSEN
                                     District Court Executive/Clerk
21

22
                                     by: __s/ Karen White_____
23                                        Deputy Clerk

24

25 cc: all counsel

26